| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gritzner, James E. | 2. Court or Organization U.S. District Court SDIA | 3. Date of Report 12/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 12/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 12/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 12/30/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | D | Dividend | M | T | | | | | |
| 2. -USB Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | C | Dividend | | | Sold | 09/25/14 | J | A | |
| 4. -1st Eagle Global Fd | B | Dividend | K | T | Buy (add'l) | 09/25/14 | K | | |
| 5. -Ivy Asset Strategy | C | Dividend | | | Sold | 09/25/14 | K | D | |
| 6. -Templeton Global Total Return | B | Dividend | | | Sold | 09/25/14 | J | B | |
| 7. -Double Line Total Return | A | Dividend | K | T | Sold (part) | 01/27/14 | J | A | |
| 8. | | | | | Sold (part) | 04/24/14 | J | A | |
| 9. | | | | | Sold (part) | 07/25/14 | J | A | |
| 10. | | | | | Sold (part) | 09/25/14 | J | A | |
| 11. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 12. IRA#1 | E | Dividend | O | T | | | | | |
| 13. -USB Liquid Assets Fd | | | | | | | | | |
| 14. -Angel Oak Multi-strat inc. | | | | | Buy | 03/14/14 | K | | |
| 15. | | | | | Buy | 09/29/14 | J | | |
| 16. -FPA Crescent | | | | | Buy (add'l) | 11/12/14 | J | | |
| 17. -Franklin Value Invs Tr | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 12/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Brandes Intl. Small Cap | | | | | Buy | 03/11/14 | J | | |
| 19. | | | | | Sold | 11/12/14 | K | A | |
| 20. -Delaware Select Growth | | | | | Sold (part) | 07/28/14 | K | C | |
| 21. | | | | | Sold | 11/12/14 | K | A | |
| 22. -Deutsche Global Inf. | | | | | Buy | 07/28/14 | J | | |
| 23. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 24. -Eagle MLP Strategy | | | | | Buy | 04/03/14 | J | | |
| 25. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 26. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 27. -FPA Crescent | | | | | Buy | 11/12/14 | J | | |
| 28. -Guggenheim Macro Opp | | | | | Buy | 02/18/14 | K | | |
| 29. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 30. -HSBC Frontier Mkts | | | | | Buy | 06/12/14 | K | | |
| 31. | | | | | Buy (add'l) | 09/30/14 | K | | |
| 32. | | | | | Sold | 12/11/14 | K | A | |
| 33. -Ishares | | | | | Sold (part) | 02/14/14 | K | A | |
| 34. | | | | | Buy (add'l) | 09/11/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 12/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/11/14 | K | | |
| 36. -Kayne Anderson Total Ret. | | | | | Sold (part) | 03/06/14 | J | A | |
| 37. | | | | | Sold (part) | 03/11/14 | J | A | |
| 38. | | | | | Sold (part) | 03/12/14 | J | A | |
| 39. | | | | | Sold (part) | 03/13/14 | J | A | |
| 40. | | | | | Sold (part) | 04/03/14 | J | A | |
| 41. | | | | | Sold (part) | 04/15/14 | J | A | |
| 42. -Matthews Asia | | | | | Buy (add'l) | 09/29/14 | J | | |
| 43. -MFS Intl. Value | | | | | | | | | |
| 44. -PIMCO All Assets | | | | | Buy (add'l) | 09/23/14 | K | | |
| 45. -Spider S&P Div. | | | | | Sold (part) | 06/10/14 | K | C | |
| 46. -TCW total Return Bd. | | | | | Sold (part) | 10/30/14 | J | A | |
| 47. -Touchstone Merger Arb. | | | | | Sold (part) | 03/14/14 | K | A | |
| 48. | | | | | Sold | 06/10/14 | K | A | |
| 49. -Virtus Prem Alpha | | | | | Sold (part) | 09/29/14 | K | C | |
| 50. | | | | | Sold | 11/11/14 | L | D | |
| 51. -Wells Fargo Adv Abs Ret. | | | | | Buy (add'l) | 06/12/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 12/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 53. -Wisdomtree Tr Midcap | | | | | Buy | 11/12/14 | J | | |
| 54. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 55. Brokerage Acct. #2 | | | | | Closed | 09/25/14 | J | A | |
| 56. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This responds to the Committee inquiry dated December 1, 2015 regarding this 2014 Report. The Committee noted several assets on the 2013 Report that were not listed on the 2014 Report without explanation. Having consulted with the broker that provides the information that I insert into the report, I believe I can provide the necessary information. Two of the assets appear to have been lost or not fully identified in the transfer from the broker report to the 2014 Report. The other assets had been liquidated in much earlier years and had been mistakenly carried forward as assets that remained in the portfolio without current activity. The initial Line references below are to the lines on the 2013 Report.

Line 24, Blackrock Floating Rate Inc., was overlooked in compiling the 2014 Report. There was a partial sale 3/14/2014 with a value code of K and a gain of A, and sold all 9/23/2014 with a value code of K and a gain of A.

Line 25, Brandes Intl. Small Cap, is shown on the 2014 Report, but should have been shown as sold all at line 19 of the 2014 Report.

Line 74, USB Bank Dep. Acct, was a cash deposit. As this 2014 report shows at Line 55, the account holding that cash asset was closed 9/25/14. Since it was a cash deposit there was no transactional gain or loss.

Line 75, Legg Mason Short Dur. Muni Income Fd., was fully sold 3/8/10 with a value code L and gain of C.

Line 76, Legg Mason Intermediate Term Fd., was fully sold 3/8/10 with a value code K and gain C.

Line 77, AIM Real Est. Inc. Fd., was fully sold 8/24/10, with a value code J and gain A.

Line 80, Columbia Short Term Muni Bond FD, was fully sold 4/22/10 with a value code J and no gain.

Line 81, Franklin Fed Tax Free Inc. Fd, was fully sold 9/23/10 with a value code J and a gain A.

Line 82, Goldman Sachs Fltg. Rate, was fully sold 4/22/10 with a value code J and no gain.

Line 92, Thornburg Inc. Bldr., was fully sold 5/14/10 with a value code J and no gain.

Line 111, Moran Stanley Prd. 6.6%, was fully sold 1/6/12 with a value code J and no gain.

---

Part VII, line 33, of the current report should have identified Ishares Russell 2000 ETF.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544